# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RUSSEL PENDERGAST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00552 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 21, 2016 AND TERMINATING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ORDER DIRECTING THE CLERK TO ISSUE THE SUMMONS AND NEW CASE DOCUMENTS |

On April 21, 2016, the Court ordered Plaintiff to show cause why his motion to proceed in forma pauperis should not be denied, given his reported income and expenses. (Doc. 4) In response, on May 3, 2016, Plaintiff paid the filing fee. Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated April 21, 2016 is **DISCHARGED**;
2. Plaintiff's motion to proceed in forma pauperis is terminated as **MOOT**; and
3. The Clerk of Court is directed to issue the Summons and new case documents.

IT IS SO ORDERED.

　　Dated:　**May 5, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE