# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RUSSELL PENDERGAST,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-cv-00552- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On December 13, 2016, the parties filed a stipulation for an extension of time for Plaintiff to file his opening brief in the action. (Doc. 12) Notably, the Scheduling Order permits a single extension by the stipulation of parties. (Doc. 7 at 4) Because this is the first extension requested by either party, the requested extension of fifteen days is appropriate. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **December 27, 2016**.

IT IS SO ORDERED.

Dated:   **December 14, 2016**            /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1