UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RUSSELL PENDERGAST,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:16-cv-0552- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 15) |

On February 6, 2017, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 15) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 7 at 4), which was previously used by Plaintiff. (Docs. 12, 13) Beyond that extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 7 at 4) Based upon the information provided and good cause appearing, the Court **ORDERS**:

    1.     Defendant's request for an extension of time is **GRANTED**; and

    2.     Defendant **SHALL** file a response to the brief on or before **February 27, 2017**.

IT IS SO ORDERED.

Dated:    **February 8, 2017**                   **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28