**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN RUSSELL PENDERGAST,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-0552 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On October 24, 2017, Bryan Russell Pendergast and Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920. (Doc. 27)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees and costs in the total amount of $3,400.00 are **AWARDED** to Plaintiff, Bryan Russell Pendergast.

IT IS SO ORDERED.

    Dated: __October 25, 2017__                __/s/ Jennifer L. Thurston__
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.